IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BASIR MATEEN RAZZAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15CV1016 |
| | ) | |
| ACKOYT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendations of the United States Magistrate Judge were filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 22, 2015 and January 7, 2016, were served on the parties in this action. (ECF Nos. 4, 5, 9, 10.) Plaintiff filed Objections to the Recommendations (ECF Nos. 6, 13). The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendations to which objections were made and has made a *de novo* determination in accord with the Magistrate Judge's Recommendations. The Court hereby adopts the Magistrate Judge's Recommendations.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious, failing to state a claim upon which relief may be granted, and for seeking monetary damages from a party immune from such damages. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 22nd day of February, 2016.

                                                                            /s/ Loretta C. Biggs
                                                       United States District Judge